NOTE: This disposition is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**TOM W. WAUGH,**
*Appellant*

**v.**

**MCWANE, INC.,**
*Appellee*

---

2017-2343

---

Appeal from the United States Patent and Trademark Office, Patent Trial and Appeal Board in No. IPR2016-00266.

---

**JUDGMENT**

---

RENE A. VAZQUEZ, Sinergia Technology Law Group, PLLC, Leesburg, VA, argued for appellant.

CHRISTOPHER BRANTLEY KELLY, Alston & Bird LLP, Atlanta, GA, argued for appellee. Also represented by MICHAEL S. CONNOR, KIRK T. BRADLEY, Charlotte, NC.

---

THIS CAUSE having been heard and considered, it is

ORDERED and ADJUDGED:


PER CURIAM (WALLACH, SCHALL, and TARANTO, *Circuit Judges*).

**AFFIRMED.  *See* Fed. Cir. R. 36.**

ENTERED BY ORDER OF THE COURT


| June 6, 2018 | /s/ Peter R. Marksteiner |
| Date | Peter R. Marksteiner |
| | Clerk of Court |